Kathryn J. Halford (CA Bar No. 68141)
E-mail: khalford@wkclegal.com
Elizabeth Rosenfeld (CA Bar No. 106577)
E-mail: erosenfeld@wkclegal.com
**WOHLNER KAPLON CUTLER HALFORD & ROSENFELD**
16501 Ventura Boulevard, Suite 304
Encino, CA 91436
Telephone: (818) 501-8030 ext. 331
Facsimile: (818) 501-5306

Attorneys for Defendant Motion Picture Industry Health Plan, incorrectly sued as Motion Picture Industry Pension and Health Plans

**CLOSED**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
### Western Division

| | |
|---|---|
| LISA SANDERS,<br><br>Plaintiff,<br><br>vs.<br><br>MOTION PICTURE INDUSTRY PENSION AND HEALTH PLANS,<br><br>Defendant. | **CASE NO. 2:18-cv-08195-CAS(JPRx)**<br><br>**The Hon. Christina A. Snyder**<br><br>[PROPOSED] **JUDGMENT PURSUANT TO STIPULATION** |

Plaintiff, Lisa Sanders, Robert Sanders, and the Motion Picture Industry Health Plan, incorrectly sued as the Motion Picture Industry Pension and Health Plans, having agreed to entry of Judgment in this matter in favor of the Motion Picture Industry Health Plan and against Lisa Sanders, an individual and Robert Sanders, an individual, in the amount of $25,700.00 in accordance with the terms of the Stipulation for Entry of Judgment which has been filed with this Court,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Defendant Motion Picture Industry Health Plan, incorrectly sued herein as Motion

| | |
|---|---|
| 1 | Picture Industry Pension and Health Plans, shall have judgment against Lisa |
| 2 | Sanders, an individual, and against Robert Sanders, an individual, in the total sum |
| 3 | of $25,700.00. |

DATED: April 26, 2019

*/s/ Christina A. Snyder*
Hon. Christina A. Snyder
United States District Judge